UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. C 12-4008 MEJ<br><br>**ORDER RE: CASE STATUS** |

Upon review of the parties' January 3, 2013 Joint Case Management Conference Statement (Dkt. No. 17), the Court VACATES the January 10 Case Management Conference and ORDERS as follows:

1) Within 30 days from today, Defendant shall provide Plaintiffs with a proposed search protocol for Item 1 of Plaintiffs' FOIA request. If unable to provide a search protocol, Defendant shall instead provide Plaintiffs with a written explanation as to why it should not be required to process Item 1. Once Defendant provides its search protocol or written explanation, the parties shall meet and confer within 7 days to determine if they are able to resolve this issue informally.

2) The parties shall file an updated joint case management statement by February 21, 2013.

**IT IS SO ORDERED.**

Dated: January 4, 2013

_____
Maria-Elena James
United States Magistrate Judge