UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN, | ) ) ) ) | No. 12-4008 MEJ |
| Plaintiffs, | ) ) | |
| v. | ) ) | DECLARATION OF BRAD P. ROSENBERG |
| DEPARTMENT OF JUSTICE | ) ) | |
| Defendant. | ) | |

I, Brad P. Rosenberg, hereby declare pursuant to Civil L.R. 5-1(i)(3), that I have obtained the concurrence in the filing of the Joint Case Management Statement from Linda Lye, who is counsel for plaintiffs in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 21, 2013.

                                              /s/ *Brad P. Rosenberg*
                                              BRAD P. ROSENBERG

DECLARATION OF BRAD P. ROSENBERG
Case No. 12-cv-4008-MEJ