Michael T. Risher (CA SBN 191627)
mrisher@aclunc.org
Linda Lye (CA SBN 215584)
llye@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm St.
San Francisco, California 94111
Telephone:   415-621-2493
Facsimile:    415-255-8437

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; *SAN FRANCISCO BAY GUARDIAN*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No. 12-cv-4008-MEJ<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date:   August 22, 2013<br>Time:               10:00 a.m.<br>Location:         San Francisco U.S. Courthouse<br>Judge:             Hon. Maria-Elena James |

*ACLU-NC, et al. v. U.S. DEPARTMENT OF JUSTICE,* **CASE No.: 12-cv-4008-MEJ**
**[PROPOSED] ORDER**

**[PROPOSED] ORDER**

This matter comes before the Court on Defendant's Motion for Partial Summary Judgment and Plaintiffs' Cross-Motion for Partial Summary Judgment.  Upon consideration of the argument and evidence submitted by the parties, it is hereby ORDERED that:

With respect to the exemptions asserted, Defendant's motion is DENIED.  Because Defendant has failed to meet its burden of establishing these exemptions, Plaintiffs' motion for partial summary judgment that the asserted withholdings are inapplicable is GRANTED.

The parties shall submit a status report within 30 days of the date of this order.

IT IS SO ORDERED.


Date:_____

_____
Judge Maria-Elena James

*ACLU-NC, et al. v. U.S. DEPARTMENT OF JUSTICE,* **CASE No.: 12-cv-4008-MEJ**
**[PROPOSED] ORDER**