UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN, | ) ) ) ) | No. 12-cv-4008-MEJ |
| Plaintiffs, | ) ) | |
| v. | ) ) | STIPULATION RE: CONTINUANCE OF HEARING DATE |
| DEPARTMENT OF JUSTICE | ) ) | |
| Defendant. | ) | |

The parties agree, subject to the Court's approval, to continue the hearing date in this matter, currently set for August 29, 2013, to September 5, 2013.  Alternatively, the parties are available for a hearing on August 19, 20, 21, or 22, should the Court wish to schedule a hearing for one of those dates.  In support thereof, the parties state as follows.

1. The hearing that the parties seek to continue relates to their cross-motions for partial summary judgment regarding parts 2-4 of plaintiffs' FOIA request.  *See* Dkt. Nos. 23, 25.

2. The hearing date in this matter had originally been set for August 22.  Based on that hearing date, undersigned counsel for the government had planned a family vacation for August 23 through and including September 2.

3. On July 29, this Court entered an Order continuing the hearing date in this matter from August 22 to August 29.  *See* Notice of Continuance, ECF No. 35, 07/29/2013.

4. Because the new hearing date falls in the middle of government counsel's vacation, the parties request that the Court continue the August 29 hearing date to September 5. Alternatively, if the Court is unavailable to hear argument on the parties' cross-motions for partial summary judgment on September 5, the parties can be available for a hearing on the Court's original hearing date of August 22, or on August 19, 20, or 21.

IT IS SO STIPULATED THIS 1ST DAY OF AUGUST, 2013:

/s/ *Linda Lye*  
MICHAEL RISHER  
LINDA LYE  
American Civil Liberties Union  
  Foundation of Northern California  
39 Drumm Street  
San Francisco, CA  94111  
Telephone:  (415) 621-2493  
Facsimile:  (415) 255-8437  
E-mail:  llye@aclunc.org

*Attorneys for Plaintiffs*

STUART F. DELERY  
Acting Assistant Attorney General  
Civil Division

ELIZABETH J. SHAPIRO  
Deputy Branch Director  
Civil Division, Federal Programs Branch

/s/ *Brad P. Rosenberg*  
BRAD P. ROSENBERG (D.C. Bar No. 467513)  
Trial Attorney  
U.S. Department of Justice  
Civil Division, Federal Programs Branch  
P.O. Box 883  
Washington, D.C.  20044  
Telephone:  (202) 514-3374  
Facsimile:  (202) 616-8460  
E-mail:  brad.rosenberg@usdoj.gov

*Attorneys for Defendant*

IT IS SO ORDERED that the hearing on the parties' cross-motions for partial summary judgment (Dkt. Nos. 23, 25), scheduled to take place on August 29, 2013, is hereby continued to 09/05, 2013, at 10:00am, in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, 94102.

_____  
Judge Maria-Elena James  
United States Magistrate Judge

_____August 1, 2013_____  
Date

**DECLARATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer declares that concurrence in the filing of this document has been obtained from the other signatory to this document.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 1st day of August, 2013.

/s/ *Brad P. Rosenberg*
BRAD P. ROSENBERG (D.C. Bar No. 467513)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone:  (202) 514-3374
Facsimile:  (202) 616-8460
E-mail:  brad.rosenberg@usdoj.gov

STIPULATION RE:  CONTINUANCE OF HEARING DATE
Case No. 12-cv-4008-MEJ