UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN, | ) ) ) ) | No. 12-cv-4008-MEJ |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| DEPARTMENT OF JUSTICE | ) ) | |
| Defendant. | ) | |

On August 12, 2013, defendant U.S. Department of Justice filed an Unopposed Motion to Modify Briefing Schedule.  For good cause shown, it is hereby ORDERED that the defendant's motion shall be, and it hereby is, GRANTED.  The following briefing schedule shall apply for cross-motions for summary judgment regarding part 1 of plaintiffs' FOIA request:

    a.    Defendant's opening brief shall be filed no later than September 23, 2013.

    b.    Plaintiffs' cross-motion and opposition shall be filed no later than October 10, 2013.

    c.    Defendant's reply and opposition shall be filed no later than October 24, 2013.  If plaintiffs file a cross-motion, defendant may file a reply and opposition not to exceed 25 pages.

    d.    Plaintiffs' reply, not to exceed 25 pages, shall be filed no later than November 7, 2013.

    e.    The hearing on this matter shall be held on November 21, 2013.

IT IS SO ORDERED.

_____
Judge Maria-Elena James
United States Magistrate Judge


____August 12, 2013_____
Date

PROPOSED ORDER RE:  UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE
Case No. 12-cv-4008-MEJ