STUART F. DELERY
    Assistant Attorney General
ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
    Deputy Branch Director
LYNN Y. LEE (CA Bar No. 235531)
    Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C. 20044
Telephone: (202) 305-0531
Facsimile: (202) 616-8470
E-mail: lynn.lee@usdoj.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, | Case No. 13-cv-3127-MEJ |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER GRANTING STAY |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Upon consideration of defendant's Motion for Stay, the Court GRANTS Defendant's motion and STAYS this action until further notice.

IT IS SO ORDERED.

DATED: October 2, 2013

_____
Hon. Maria-Elena James
U.S. Magistrate Judge

PROPOSED ORDER GRANTING STAY
Case No. 13-cv-3127 MEJ