UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

AMERICAN CIVIL LIBERTIES UNION ) No. 12-cv-4008-MEJ
OF NORTHERN CALIFORNIA; )
SAN FRANCISCO BAY GUARDIAN, )
        Plaintiffs, )
    v. ) ~~PROPOSED~~ ORDER
DEPARTMENT OF JUSTICE, )
        Defendant. )

Pursuant to the parties' Joint Case Management Statement of October 23, 2013, the Court hereby LIFTS THE STAY that was entered in this matter on October 11, 2013. The Court also adopts the following schedule for the resumption of briefing in this matter:

- Plaintiffs' cross-motion for summary judgment as to part 1 and opposition to defendant's motion for summary judgment as to part 1 shall be filed no later than October 25, 2013.
- Defendant's reply in support of its motion for summary judgment as to part 1 and opposition to plaintiffs' cross-motion for summary judgment as to part 1 shall be filed no later than December 5, 2013. If plaintiffs file a cross-motion, defendant may file a reply and opposition not to exceed 25 pages.
- Plaintiffs' reply in support of their cross-motion for summary judgment as to part 1, not to exceed 25 pages, shall be filed no later than December 19, 2013.
- A hearing will be held on January 9, 2014.

IT IS SO ORDERED.

_____
Judge Maria-Elena James
United States Magistrate Judge

  November 4, 2013
Date

PROPOSED ORDER
Case No. 12-cv-4008-MEJ