UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, | No. C 12-04008 MEJ |
| Plaintiff, | **ORDER RESETTING HEARING DATES** [Dkt. Nos.43, 48] |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

Pending before the Court are Defendant's Motion for Summary Judgment as to Part 1 of FOIA Request (Dkt. No. 43), and Plaintiff's Cross-Motion for Summary Judgment as to Part 1 (Dkt. No. 48). The Court hereby **RESETS** the hearing date for both Motions for **January 30, 2014**, at 10:00 a.m., in Courtroom B. The briefing schedule previously stipulated to by the parties (Dkt. No. 51) remains unchanged.

**IT IS SO ORDERED.**

Dated: November 6, 2013

_____
Maria-Elena James
United States Magistrate Judge