UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, et al., Plaintiffs, v. DEPARTMENT OF JUSTICE, Defendant. | Case No. 12-cv-04008-MEJ<br><br>**ORDER CONTINUING JANUARY 30, 2014 HEARING**<br><br>Re: Dkt. Nos. 43, 48 |
|---|---|

Pending before the Court are the parties cross-motions for summary judgment as to part 1 of the FOIA request, currently set for hearing on January 30, 2014. Dkt. Nos. 43, 48. The Court **RESETS** the motions for hearing on February 27, 2014, at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: January 23, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge