STUART F. DELERY
　Assistant Attorney General

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
　Deputy Branch Director

BRAD P. ROSENBERG (D.C. Bar No. 467513)
　Trial Attorney
　U.S. Department of Justice
　Civil Division, Federal Programs Branch
　P.O. Box 883
　Washington, D.C.  20044
　Telephone: (202) 514-3374
　Facsimile: (202) 616-8460
　E-mail:  brad.rosenberg@usdoj.gov

Attorneys for Defendant
U.S. Department of Justice

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA; SAN FRANCISCO BAY GUARDIAN, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>DEPARTMENT OF JUSTICE, <br><br>　　　　Defendant. | No. 12-CV-4008-MEJ <br><br> SECOND SUPPLEMENTAL DECLARATION OF PATRICIA J. KENNEY IN SUPPORT OF THE DEPARTMENT OF JUSTICE'S MOTION FOR SUMMARY JUDGMENT AS TO PART 1 OF PLAINTIFF'S FREEDOM OF INFORMATION ACT REQUEST |

　　　I, Patricia J. Kenney, pursuant to 28 U.S.C. § 1746 declare as follows:

　　　1.　　I am an Assistant United States Attorney ("AUSA") in the Criminal Division of the Office of the United States Attorney ("USAO") for the Northern District of California ("NDCA"), and am admitted to practice law in the State of California.  My pertinent background, experience and collateral FOIA duties, including my responsibilities as the liaison between the United States Attorney's Office and the Department of Justice in connection with this litigation, is fully set forth in my

1  declaration filed in this case on September 23, 2013.  *See* Declaration of Patricia J. Kenney, etc.
2  ("Kenney Decl."), filed September 23, 2013.  The information in my initial declaration, the
3  supplemental declaration and this second supplemental declaration is based on my personal knowledge,
4  or knowledge which has come to me in the ordinary course of my duties as an AUSA, in providing
5  FOIA advice, and in working as a liaison in this litigation with USAO managers, supervisors and line
6  
7  AUSAs as well as DOJ attorneys and staff.
8        2.     In reviewing my previously filed declarations prior to the argument in this case, I stated
9  that "a few years ago, the then Deputy Criminal Chief, J. Douglas Wilson, after consultation with the
10 pertinent law enforcement agency, sought and obtained an unsealing order for applications for location
11 tracking information and orders in connection with a federal criminal case in Arizona."  *See*
12 Supplemental Declaration of Patricia J. Kenney, etc., filed December 12, 2013, at 3:12-16, ¶ 5; *see also*
13 Declaration of Patricia J. Kenney, etc., filed September 23, 2013 at 11:22-27; ¶ 22:22 (words to same
14 effect).  After reviewing the underlying documents, however, it was the Branch Chief of the San Jose
15 Office, Jeffrey D. Nedrow, who actually signed and filed the applications to unseal, which filing took
16 
17 place after a number of discussions had occurred between and among the agency, the Branch Chief and
18 the then Deputy Criminal Chief, and after the then Deputy Criminal Chief authorized the Branch Chief
19 to file the applications to unseal.
20                              *   *   *   *   *
21     I, Patricia J. Kenney, declare pursuant to 28 U.S.C. § 1746 on information and belief that the
22 
23 foregoing is true and correct.  Executed in San Francisco, California, on this 25th day of February, 2014.
24
25                                          /s/
                                    PATRICIA J. KENNEY
26                                   Assistant United States Attorney
27
28