UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No.  12-cv-04008-MEJ<br><br>**ORDER CONTINUING CMC** |

This matter is scheduled for a Case Management Conference on October 30, 2014. Having reviewed the parties' Joint Case Management Statement, the Court ORDERS as follows:

1) The CMC is continued to December 18, 2014 at 10:00 a.m., with an updated joint statement due by December 11, 2014.

2) To assist in preparation of the joint statement, Defendant shall propose a timeline for processing documents in Part 1 of Plaintiffs' FOIA request by December 8, 2014.

**IT IS SO ORDERED.**

Dated: October 23, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge