UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, et al., | Case No.  12-cv-04008-MEJ |
|---|---|
| Plaintiffs, | **ORDER CONTINUING CMC** |
| v. | |
| DEPARTMENT OF JUSTICE, | |
| Defendant. | |

This matter is scheduled for a Case Management Conference on December 18, 2014. Having reviewed the parties' Joint Case Management Statement, the Court CONTINUES the conference to March 5, 2015 at 10:00 a.m., with an updated joint statement due by February 26, 2015. The parties may request an earlier conference if helpful.

**IT IS SO ORDERED.**

Dated: December 15, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge