UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, | ) ) ) | No. 12-CV-4008-MEJ |
| Plaintiffs, | ) ) | |
| v. | ) ) | [PROPOSED] ORDER |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) | |

This matter is scheduled for a Case Management Conference on July 16, 2015.  Having reviewed the parties' Joint Case Management Statement, the Court CONTINUES the conference to September 10, 2015, at 10:00 a.m., with an updated joint statement due by September 3, 2015, if the parties do not file a Stipulation of Partial Dismissal with Prejudice before then.

IT IS SO ORDERED

_____
Maria-Elena James
United States Magistrate Judge

\_\_\_\_July 9, 2015_____
Date

JCMS – PROPSOED ORDER
Case No. 12-CV-4008-MEJ