UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, | ) ) ) | No. 12-CV-4008-MEJ |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) | |

This action arises under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and pertains to a FOIA request that consists of four parts. *See* Compl. ¶ 21 (Dkt. No. 1). Part 1 of Plaintiff's FOIA request sought "[a]ll requests, subpoenas, and applications for court orders or warrants seeking location information since January 1, 2008" (hereinafter, "Part 1"). *See id.* This case has proceeded on two tracks, with this Court entering an order on the parties' cross-motions for summary judgment regarding Part 1 of Plaintiff's FOIA request, *see* Dkt. No. 62 (09/30/2014), and a separate order on the parties' cross-motions for summary judgment regarding Parts 2-4 of Plaintiff's FOIA request, *see* Dkt. No. 61 (09/30/2014). The government has filed a Notice of Appeal of this Court's Order regarding Parts 2-4 of Plaintiff's FOIA request. *See* Notice of Appeal, Dkt. No. 66 (11/26/2014).

The parties have recently executed a Settlement Agreement that resolves all of Plaintiff's claims regarding Part 1 of the FOIA request, as well as all of Plaintiff's claims regarding attorney's fees and costs in this litigation generally (regardless of the claims or proceedings to which those fees or costs may relate). Pursuant to that Settlement Agreement, defendant recently filed with the Court a declaration that discharges its obligation to process Part 1 of Plaintiff's FOIA request. Accordingly, the parties hereby stipulate to the dismissal, with prejudice, of the following:

Stipulation of Partial Dismissal with Prejudice
Case No. 12-CV-4008-MEJ

- All of Plaintiff's claims against defendant Department of Justice relating to Part 1 of Plaintiff's FOIA request.
- Any and all claims that Plaintiff may have for attorney's fees and costs in this litigation, regardless of the claims or proceedings to which those fees or costs may relate.

This stipulation of dismissal is not intended to, and does not, dismiss this entire action, as it does not affect the pending appeal to the United States Court of Appeals for the Ninth Circuit. That appeal, which relates to Parts 2-4 of the FOIA request, remains pending and is not dismissed herein.

WE ASK FOR THIS:

| | |
|---|---|
| /s/Linda Lye<br>LINDA LYE<br>American Civil Liberties Union<br>  Foundation of Northern California<br>39 Drumm Street<br>San Francisco, CA  94111<br>Telephone:  (415) 621-2493<br>Facsimile:  (415) 255-8437<br>E-mail:  llye@aclunc.org<br><br>*Attorney for Plaintiff* | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>Civil Division<br><br>ELIZABETH J. SHAPIRO<br>Deputy Branch Director<br><br>/s/ Brad P. Rosenberg<br>BRAD P. ROSENBERG (D.C. Bar No. 467513)<br>Trial Attorney<br>U.S. Department of Justice,<br>Civil Division, Federal Programs Branch<br>P.O. Box 883<br>Washington, D.C.  20044<br>Telephone:  (202) 514-3374<br>Facsimile:  (202) 616-8460<br>E-mail:  brad.rosenberg@usdoj.gov<br><br>*Attorneys for Defendant* |

IT IS SO ORDERED that Plaintiff's claims regarding Part 1 of its FOIA request, as well as any and all claims for attorney's fees and costs in this litigation generally, shall be, and hereby are, DISMISSED WITH PREJUDICE.

_____
MARIA-ELENA JAMES
United States Magistrate Judge

August 21, 2015
Date

ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)

    I, Linda Lye, hereby attest, in accordance with Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from the other signatory listed here.

Dated: August 20, 2015         */s/ Linda Lye*
                                              Linda Lye