UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>Defendant. | Case No.  12-cv-04008-MEJ<br><br>**ADMINISTRATIVE ORDER CLOSING CASE** |

As the portion of this case that remained pending before this Court has been dismissed, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes while the remainder of the case is on appeal. Accordingly, the Clerk is instructed to submit a JS-6 form to the Administrative Office. Nothing contained in this minute entry shall be considered a dismissal or disposition of this action, and should further proceedings in this litigation become necessary or desirable, any party may initiate it in the same manner as if this order had not been entered

**IT IS SO ORDERED.**

Dated: September 8, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge