FILED

UNITED STATES COURT OF APPEALS

DEC 16 2016

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant-Appellant. | No.　14-17339<br><br>D.C. No. 3:12-cv-04008-MEJ<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

Before: HAWKINS, BERZON, and MURGUIA, Circuit Judges.

　　　The panel hereby orders Defendant-Appellant United States Department of Justice to submit the pages of the Department of Justice USABook at issue in this appeal ("CRM 4" and "CRM 5") to the panel for *in camera* review. The Department of Justice shall mail four copies of the documents, in a sealed envelope with a separate cover letter, to the Ninth Circuit Court of Appeals at 95 Seventh Street, San Francisco, CA 94103 or P.O. Box 193939, San Francisco, CA 94119-3939. The documents shall be mailed by no later than December 30, 2016.