UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, | ) ) ) | No. 12-CV-4008-TSH |
| Plaintiff, | ) ) | |
| v. | ) ) | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER |
| DEPARTMENT OF JUSTICE, | ) ) | |
| Defendant. | ) | |

In this Freedom of Information Act ("FOIA") matter, Plaintiff sought, among other things, Defendant Department of Justice's policies regarding location tracking surveillance technologies. The matter returned to this Court on remand from a decision by the United States Court of Appeals for the Ninth Circuit affirming in part and reversing in part this Court's decision ordering the release of certain portions of the USABook, an internal DOJ resource manual for federal prosecutors. *See ACLU of Northern California v. U.S. Dep't of Justice*, 880 F.3d 473 (9th Cir. 2018).

On August 29, 2018, Defendant released non-exempt records subject to FOIA. In light of the August 29, 2018 production, the parties hereby stipulate to the dismissal of the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

DATED:  September 26, 2018          Respectfully submitted,

/s/ Linda Lye                                       JOSEPH H. HUNT
American Civil Liberties Union              Assistant Attorney General
  Foundation of Northern California
39 Drumm Street                                 ALEX G. TSE
San Francisco, CA  94111                    Acting United States Attorney
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437                  ELIZABETH J. SHAPIRO
E-mail:  llye@aclunc.org                      Deputy Branch Director

*Attorney for Plaintiff*                          */s/ Brad P. Rosenberg*
                                                         BRAD P. ROSENBERG (D.C. Bar No. 467513)
                                                         Senior Trial Counsel
                                                         U.S. Department of Justice
                                                         Civil Division, Federal Programs Branch
                                                         20 Massachusetts Ave., N.W.
                                                         Washington, D.C.  20530
                                                         Telephone:  (202) 514-3374

Facsimile: (202) 616-8460
E-mail: brad.rosenberg@usdoj.gov

*Attorneys for Defendant*

**IT IS SO ORDERED that this action shall be, and hereby is, DISMISSED WITH PREJUDICE.**

_____
Thomas S. Hixson
United States Magistrate Judge

_____
Date

**DECLARATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), the undersigned filer declares that concurrence in the filing of this document has been obtained from the other signatory to this document.

I declare under penalty of perjury that the forgoing is true and correct. Executed this 26th day of September, 2018.

/s/ *Linda Lye*
American Civil Liberties Union
 Foundation of Northern California
39 Drumm Street
San Francisco, CA  94111
Telephone:  (415) 621-2493
Facsimile:  (415) 255-8437
E-mail:  llye@aclunc.org

*Attorney for Plaintiff*

Joint Stipulation of Dismissal with Prejudice
Case No. 12-CV-4008-TSH                                                                                                          3